OTTO SCHANZENBACH, PLAINTIFF, v. DAVID HODAX, DEFENDANT.

Submitted January term, 1931—Decided April 23, 1931.

Before Justices Parker, Campbell and Bodine.

For the plaintiff, *George B. Bailey.*

For the defendant, *Samuel D. Williams.*

Per Curiam.

This was an action for negligence in the operation of motor vehicles.

The plaintiff has a verdict.

Both plaintiff and defendant have rules to show cause why the verdict should not be set aside.

The plaintiff urges a setting aside because his verdict is inadequate and the defendant urging that the verdict against him be set aside because it is against the weight of evidence, the charge of the court and the result of prejudic or sympathy and a compromise.

We think the situation is one where the verdict must be set aside and the rule made absolute and a *venire de novo* awarded as to all the issues. Such will be our order.